IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ATIIM PITTMAN,

       Appellant,

 v.                            Case No.    5D21-1939
                                    LT Case No. 2018-101555-CFDL

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Volusia County,
James R. Clayton, Judge.

Matthew R. McLain, of McLain Law,
P.A., Longwood, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.